ALBERT A. KENDALL et al., Appellants, *v.* ROWLAND BRILL, Respondent.

(Argued February 10, 1876 ; decided February 22, 1876.)

REPORTED below, 4 Hun, 664.

*H. E. Sickels* for the appellants.

*O. D M. Baker* for the respondent.

Agree to affirm.   No opinion.
All concur.
Judgment affirmed.

---

JOHN McDONNELL et al., Respondents, *v.* WALTER BAUEN-DAHL et al., Appellants.

(Argued February 14, 1876 ; decided February 22, 1876.)

*C. H. Smith* for the appellants.

*F. Fish* for the respondents.

Agree to affirm.   No opinion.
All concur.
Judgment affirmed.

---

DELOS WENTWORTH, Respondent, *v.* AVORIA WENTWORTH, Appellant.

(Argued February 15, 1876; decided February 22, 1876.)

*S. S. Morgan* for the appellant.

*Amos H. Prescott* for the respondent.

Agree to dismiss appeal.   No opinion.
All concur.
Appeal dismissed.